UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

LOUIS GILMORE,

      Petitioner,

v.                                           CIVIL ACTION NO. 5:24-cv-00460

FCI BECKLEY WARDEN,

      Respondent.

**ORDER**

Pending are Petitioner Louis Gilmore's (1) Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1], filed August 29, 2024, (2) Motion to Update Court on Prison Status [Doc. 13], filed March 14, 2025, and (3) Motion to Correct Previous Letter Motion [Doc. 15], filed April 16, 2025. Also pending is Respondent's Response to Show Cause Order [Doc. 8], which seeks dismissal of Mr. Gilmore's Petition. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on December 2, 2025. Magistrate Judge Reeder recommended that the Court deny Mr. Gilmore's § 2241 Petition, grant Respondent's request for dismissal, deny Mr. Gilmore's remaining Motions, and remove the matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on December 19, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 16**], **GRANTS** Respondent's request for dismissal [**Doc. 8**], **DISMISSES** Mr. Gilmore's § 2241 Petition [**Doc. 1**], **DENIES** Mr. Gilmore's remaining Motions [**Docs. 13, 15**], and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: January 26, 2026

Frank W. Volk
Chief United States District Judge